[946 NYS2d 531]

In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957 to November 3, 2005. HSBC BANK USA, N.A., Appellant; W.A. READ KNOX et al., Respondents. (Proceeding No. 1.) In the Matter of the Judicial Settlement of the Intermediate Account of W.A. READ KNOX, Successor Trustee, et al., as Trustees of the Trust under Article Seventh of the Will of SEYMOUR H. KNOX, III, Deceased, for the Benefit of JEAN R. KNOX (Marital Trust) for the Period June 3, 1996 to November 5, 2005. HSBC BANK USA, N.A., Appellant; JEAN R. KNOX et al., Respondents. (Proceeding No. 2.) In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., et al., as Trustees of the Trust under Agreement Dated December 23, 1975 and Restated August 15, 1990 for the Benefit of SEYMOUR H. KNOX, IV and Others, SEYMOUR H. KNOX, IV, Grantor, for the Period December 23, 1975 to November 3, 2005. HSBC BANK USA, N.A., Appellant; SEYMOUR H. KNOX, IV, Respondent. (Proceeding No. 3.) (Appeal No. 1.)

Fourth Department, June 19, 2012

APPEARANCES OF COUNSEL

*Harris Beach PLLC*, Buffalo (*Richard T. Sullivan* of counsel), and *Blair & Roach*, Tonawanda, for appellant.

*Donald G. McGrath, PLLC*, Williamsville (*Donald G. McGrath* of counsel), and *Duke, Holzman, Photiadis & Gresens LLP*, Buffalo, for W.A. Read Knox and others, respondents.

*Hodgson Russ LLP*, Buffalo (*Daniel C. Oliverio* of counsel), for Daniel C. Oliverio, guardian ad litem for Seymour H. Knox, V and others, respondents.

**OPINION OF THE COURT**

SCUDDER, P.J.

Same opinion by SCUDDER, P.J., as in *Matter of HSBC Bank USA, N.A. (Knox)* (98 AD3d 300 [2012] [appeal No. 2]).

SMITH, CENTRA and LINDLEY, JJ., concur.

It is hereby ordered that said appeal is unanimously dismissed without costs.